**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 19, 2015
Docket #: 15-1895cv
Short Title: Alliance Shippers Inc. v. Garcia

DC Docket #: 13-cv-4555
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to dismiss the appeal as frivolous and for sanctions filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, December 1, 2015.

Inquiries regarding this case may be directed to 212-857-8595 .